# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI MA, an individual, | Case No.: 2:16-cv-4558-JAK-AGR |
| Plaintiff, | **JUDGMENT** |
| vs. | **JS-6** |
| CONVERGENT OUTSOURCING, INC., a Washington corporation; and DOES 1-10, | |
| Defendants. | |

The Court, having considered Plaintiff Mei Ma's Notice of Acceptance of Offer of Judgment and Plaintiff Mei Ma's Notice of Lodging of Proposed Judgment, and with good cause appearing, hereby **ORDERS**:

That judgment in this action is entered against Defendant Convergent Outsourcing, Inc., and in favor of Plaintiff Mei Ma, in the sum of Forty-Five Thousand Five Hundred Dollars and zero cents ($45,500.00), inclusive of all costs and attorney's fees. All dates in this matter, including the January 23, 2018 trial date, are hereby vacated, and all remaining DOE defendants are dismissed with prejudice.

Dated: June 30, 2017

_____
**HONORABLE JOHN A. KRONSTADT**